# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**REBECCA L. LINT**

      vs.                                                  **CASE NUMBER: 1:07-cv-479**
                                                                          (NAM/VEB)

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that the Defendant's Motion for Judgment on the Pleadings is GRANTED, and the Plaintiff's Motion for Judgment on the Pleadings is DENIED.  This case is hereby closed.

All of the above pursuant to the order of the Honorable Chief District Judge Norman A. Mordue, dated the 8th day of July, 2009.

DATED: July 8, 2009

*[signature]*
Clerk of Court

                                                                  s/
                                       Melissa Ennis
                                       Deputy Clerk